# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TORUS VENTURES LLC, <br><br> v. <br><br> CAWLEY PARTNERS, LLC | CASE No. 2:24-cv-0552-JRG <br> (Lead Case) |
| TORUS VENTURES LLC, <br><br> v. <br><br> A-MAX AUTO INSURANCE AGENCIES, INC. | CASE NO. 2:24-cv-00498-JRG <br> (Member Case) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss *Torus Ventures LLC v. A-Max Auto Insurance Agencies, Inc.*, No. 2:24-cv-00498-JRG with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.


Dated: December 30, 2024                Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Torus Ventures LLC**

1

/s/ Kelly J. Kubasta
Kelly J. Kubasta
Texas Bar No. 24002430
kkubasta@fbfk.law
Ekaterina G. Long  Texas Bar No. 24102700
elong@fbfk.law
**FERGUSON BRASWELL FRASER KUBASTA PC**
2500 Dallas Parkway, Suite 600
Plano, Texas 75093
T: 972-378-9111
F: 972-378-9115


**Attorneys for Defendant
A-Max Auto Insurance Agencies**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on December 30, 2024 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff
