# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TORUS VENTURES LLC,<br><br>v.<br><br>CAWLEY PARTNERS, LLC | CASE No. 2:24-cv-0552-JRG<br>(Lead Case) |
| TORUS VENTURES LLC,<br><br>v.<br><br>A-MAX AUTO INSURANCE AGENCIES, INC. | CASE NO. 2:24-cv-00498-JRG<br>(Member Case) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The request to dismiss *Torus Ventures LLC v. A-Max Auto Insurance Agencies, Inc.*, No. 2:24-cv-00498-JRG with prejudice is hereby GRANTED.