**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TORUS VENTURES LLC,<br>　　　*Plaintiff*,<br>v.<br>CAWLEY PARTNERS, LLC,<br>　　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00552-JRG<br>(LEAD CASE) |
| TORUS VENTURES LLC,<br>　　　*Plaintiff*,<br>v.<br>A-MAX AUTO INSURANCE AGENCIES, INC.,<br>　　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00498-JRG<br>(MEMBER CASE) |
| TORUS VENTURES LLC,<br>　　　*Plaintiff*,<br>v.<br>AI UNITED, LLC,<br>　　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00506-JRG<br>(MEMBER CASE) |
| TORUS VENTURES LLC,<br>　　　*Plaintiff*,<br>v.<br>BRADY, CHAPMAN, HOLLAND & ASSOCIATES, INC.,<br>　　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00528-JRG<br>(MEMBER CASE) |
| TORUS VENTURES LLC,<br>　　　*Plaintiff*,<br>v.<br>DALLAS CAPITAL BANK, N.A.,<br>　　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00570-JRG<br>(MEMBER CASE) |
| TORUS VENTURES LLC,<br>　　　*Plaintiff*,<br>v.<br>FALCON INSURANCE AGENCY OF DALLAS, INC.,<br>　　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00585-JRG<br>(MEMBER CASE) |

| | |
|---|---|
| TORUS VENTURES LLC, <br>     *Plaintiff,* <br> v. <br> FIRST NATIONAL BANK OF HUNTSVILLE, <br>     *Defendant.* | § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00591-JRG <br> (MEMBER CASE) |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiff Torus Ventures LLC and Defendant A-Max Auto Insurance Agencies (collectively, the "Parties"). (Dkt. No. 40.) In the Stipulation, the Parties stipulate to the dismissal of Case No. 2:24-cv-00498-JRG, *Torus Ventures LLC v. A-Max Auto Insurance Agencies, Inc.*, with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id.* at 1.)

Having considered the Stipulation, the Court **ACKNOWLEDGES** and **ACCEPTS** that all claims in Member Case No. 2:24-cv-00498-JRG are **DISMISSED WITH PREJUDICE**. The Parties are to bear their own costs and attorneys' fees. All pending requests for relief in Member Case No. 2:24-cv-00498-JRG not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:24-cv-00498-JRG, but in light of the live disputes in the remainder of this series of consolidated cases, the Clerk of Court is directed to **MAINTAIN AS OPEN** the Lead Case.

**So Ordered this**

**Jan 1, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE