IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TORUS VENTURES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CAWLEY PARTNERS, LLC,**<br><br>Defendant. | Civil Action No: 2:24-cv-00552-JRG<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED<br><br>LEAD CASE |
| **TORUS VENTURES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**DALLAS CAPITAL BANK, N.A.,**<br><br>Defendant. | Civil Action No: 2:24-cv-00570-JRG<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED<br><br>MEMBER CASE |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR FILE FIRST AMENDED COMPLAINT**

1. Plaintiff Torus Ventures LLC ("Plaintiff") seeks to extend the time to file its Response to the Motion to Dismiss filed by Defendant Dallas Capital Bank, N.A. ("Defendant") on February 14, 2025 [Dkt. 42], which is currently due on February 28, 2025, or otherwise file a first amended complaint, by 14 days to March 14, 2025.

2. This is Plaintiff's first request for an extension of this nature.

3. The reason for this requested extension is to allow counsel for Plaintiff additional time to investigate the allegations set forth in Defendant's Motion to Dismiss and consider an appropriate response.

1

4. Granting this request will not alter the date of any other event or deadline already fixed by Court order.

5. The parties have met and conferred, and Defendant does not oppose this Motion.

6. Plaintiff therefore respectfully requests that the Court grant this request to extend the deadline to file responsive brief to the Motion to Dismiss or otherwise file a first amended complaint by 14 days to March 14, 2025.

Dated: February 27, 2025                Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Torus Ventures LLC**

## **CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(i), counsel for Plaintiff and counsel for Defendant conferred regarding the motion for extension of time on February 27, 2025. Counsel for Defendant does not oppose this motion and the extension sought hereby.

/s/ *Isaac Rabicoff*
Isaac Rabicoff

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 27, 2025 via the Court's CM/ECF system.

/s/ *Isaac Rabicoff*
Isaac Rabicoff