IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TORUS VENTURES LLC | § | |
| | § | |
| v. | § | Case No. 2:24-cv-00552-JRG |
| | § | LEAD CASE |
| CAWLEY PARTNERS, LLC | § | |
| FALCON INSURANCE AGENCY OF DALLAS, INC. | § | Case No. 2:24-cv-00585-JRG MEMBER CASE |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to dismiss Plaintiff's claims with prejudice and Defendant/Counterclaim Plaintiff's claims without prejudice in *Torus Ventures LLC v. Falcon Insurance Agency of Dallas, Inc.,* No. 2:24-cv-00585-JRG.  Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 16, 2025        Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Torus Ventures LLC**

*/s/ Ryan J. Schletzbaum*
Tanya L. Chaney
Texas Bar No.:  24036375
**SHOOK, HARDY & BACON, L.L.P.**
JPMorgan Chase Tower

1

600 Travis Street, Suite 3400
Houston, Texas 77002
Tel:  713.227-8008
Tchaney@shb.com

Ryan Schletzbaum *(via pro hac vice)*
**SHOOK, HARDY & BACON, L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816.474.6550
rschletzbaum@shb.com

*Attorneys for Defendant and Counterclaim Plaintiff Acrisure, LLC d/b/a Falcon Insurance Agency*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on May 16, 2025 via the Court's CM/ECF system.

<u>/s/ Isaac Rabicoff</u>
Isaac Rabicoff
