# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TORUS VENTURES LLC | § | |
| | § | |
| v. | § | Case No. 2:24-cv-00552-JRG |
| | § | LEAD CASE |
| CAWLEY PARTNERS, LLC | § | |
| FALCON INSURANCE AGENCY OF DALLAS, INC. | § | Case No. 2:24-cv-00585-JRG MEMBER CASE |

**ORDER GRANTING STIPULATION OF DISMISSAL**

The Parties' stipulation to dismiss *Torus Ventures LLC v. Falcon Insurance Agency of Dallas, Inc.,* No. 2:24-cv-00585-JRG. is hereby GRANTED. Plaintiff's claims are dismissed with prejudice. Defendant and Counterclaim Plaintiff's claims are dismissed without prejudice.